# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 9, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163084-5(75)(75)

HORACE SHEFFIELD, III, and RODRICK
HARBIN,
      Plaintiffs-Appellees,

v

DETROIT CITY CLERK and DETROIT
ELECTION COMMISSION,
      Defendants,

and

DETROIT CHARTER REVISION
COMMISSION,
      Intervening Defendant-
      Appellant.

SC: 163084
COA: 357298
Wayne CC: 21-006043-AW

_____/

ALLEN A. LEWIS and INGRID D. WHITE,
      Plaintiffs-Appellees,

v

DETROIT CITY CLERK and DETROIT
ELECTION COMMISSION,
      Defendants,

and

DETROIT CHARTER REVISION
COMMISSION,
      Intervening Defendant-
      Appellant.

SC: 163085
COA: 357299
Wayne CC: 21-006040-AW

_____/

On order of the Chief Justice, the motions of Legal Scholars to file a brief amicus curiae and for immediate consideration are GRANTED. The amicus brief submitted on June 4, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 9, 2021

                                         Clerk